UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN W. TOLSON,

        Plaintiff,

-against-

CITY OF SCHENECTADY
and THOMAS P. DELANEY

        Defendants.

**STIPULATION OF DISMISSAL**
**Fed. R. Civ. P. 41(a)(1)(ii)**

Docket No. 05-CV-0092

---

IT IS STIPULATED, by all parties to this action, through their counsel of record and subject to the approval of the Court:

1. All claims presented by the complaint and all counterclaims in this action shall be dismissed without prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or its own costs and attorney's fees.

Dated: September 9, 2005

For the plaintiff John W. Tolson:

DAVID BRICKMAN, ATTORNEY AT LAW
By: _____
David Brickman, Attorney at Law
1664 Western Avenue
Albany, New York 12203
(518) 464-6464

Dated: September 8, 2005

For the defendants City Of Schenectady and Thomas P. Delaney:

ALFRED L. GOLDBERGER, ESQ.
OFFICE OF THE CORPORATION COUNSEL
By: _____
L. John Van Norden, Esq.   FBR No. 102758
Deputy Corporation Counsel
City Hall – 105 Jay Street Room 201
Schenectady, New York 12305-1938
(518) 382-5073

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN W. TOLSON,

          Plaintiff,

**PROPOSED ORDER**

-against-

Docket No. 05-CV-0092

CITY OF SCHENCTADY
and THOMAS P. DELANEY,

          Defendants.

    The Court has reviewed the Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and finds it to be in order and in the interests of justice in this matter. Therefore,

    IT IS ORDERED that:

1.     This action is dismissed without prejudice; and

2.     Each party bears his or its own costs.

Dated: September 16, 2005

_____
HON. GARY L. SHARPE
UNITED STATES DISTRICT COURT JUDGE